JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6148**CR-DIMITROULEAS

21 USC 841(a)(1)
21 USC 856
21 USC 860

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,   )
                            )
              Plaintiff,    )
v                           )
                            )
MICHAEL JOSEPH THOMAS,      )
                            )
              Defendant.    )
_____)

FILED by ___ D.C.
JUN - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MICHAEL JOSEPH THOMAS,

did knowingly and intentionally manufacture, that is, cultivate and grow, a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).



## COUNT II

On or about May 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MICHAEL JOSEPH THOMAS,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT III

On or about May 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MICHAEL JOSEPH THOMAS,

did knowingly and intentionally maintain a place, that is, the premises located at 1507 Coolidge Street, Hollywood, Florida, for the purpose of manufacturing and distributing a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT IV

On or about May 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

MICHAEL JOSEPH THOMAS,

did knowingly and intentionally maintain a place, that is, the premises located at 1507 Coolidge Street, Hollywood, Florida, for the purpose of manufacturing and distributing a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 856(a), within 1,000 feet of the real property comprising South Broward High School, a public secondary school.

All in violation of Title 21, United States Code, Sections 856(a)(1) and 860.

A TRUE BILL

_Leonard R. Roth_

FOREPERSON

_[signature]_

GUY E. LEWIS
ACTING UNITED STATES ATTORNEY

_[signature]_

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

-3-

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | |
| **MICHAEL JOSEPH THOMAS** | **CERTIFICATE OF TRIAL ATTORNEY*** |

**Court Division**: (Select One)

__ Miami  __ Key West
_X_ FTL   __ WPB __ FTP

**Superseding Case Information**:
New Defendant(s)      Yes ___   No ___
Number of New Defendants  ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect   _English_

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___Yes___
   If yes:
   Magistrate Case No. _____ 00-4686-BSS _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of ___May 10, 2000___
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____ No

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes __ No

*signature*
Jeffrey N. Kaplan
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500030

*Penalty Sheet(s) attached                                   REV 4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: MICHAEL JOSEPH THOMAS     No.: _____

Count # I:
Manufacture marijuana; in violation of 21 USC 841(a)(1)

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum; $2,000,000 fine

Count # II:
Possess with intent to distribute marijuana; in violation of 21 USC 841(a)(1)

*Max Penalty: 5 years' minimum mandatory imprisonment; 40 years' maximum; $2,000,000 fine

Count #III:
Maintain a place for manufacturing marijuana; in violation of 21 USC 856(a)

*Max Penalty: 20 years' maximum imprisonment; $500,000 fine

Count #IV:
Maintain a place for manufacturing marijuana within 1,000 feet of a school; in violation of 21 USC 860

*Max Penalty: 5 years' minimum mandatory imprisonment; 80 years' maximum; $4,000,000 fine

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/99