AO 442 (Rev. 12/85) Warrant for Arrest   AUSA JEFFREY N. KAPLAN  DEA S/A KRIS HUNT (954) 489-1866

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

MICHAEL JOSEPH THOMAS

## WARRANT FOR ARREST

CASE NUMBER: $00-6148-CR-WPD$

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____ MICHAEL JOSEPH THOMAS _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Manufacturing marijuana; Possessing with Intent to Distribute Marijuana; and Maintaining a place for the purpose of manufacturing Marijuana; and Manufacturing marijuana within 1000 feet of a school;

in violation of Title  21  United States Code, Section(s)  841(a)(1) ; 856 and 860

CLARENCE MADDOX
Name of Issuing Officer

*Jenny Butle,*
Signature of Issuing Officer

Bail fixed at $100,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 30, 2000 Fort Lauderdale, Florida
Date and Location

*Lurana S. Snow*
by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at_____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ MICHAEL JOSEPH THOMAS _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____ DEA, S/A KRIS HUNT (954) 489-1866, 1475 W. CYPRESS CREEK BLVD.

FORT LAUDERDALE, FLORIDA 33309 _____