0-cr-06148-WPD    MA  Document 3   E  BA  Entered on FLSD Docket 06/06/2000    P

| | | | |
|---|---|---|---|
| DEFT: | Michael Thomas (surr) | CASE NO: | 00-6148-CR-Dimitrouleas |
| AUSA: | Jeff Kaplan /Rosenthal/ | ATTNY: | Richard Rosenbaum |
| AGENT: | | VIOL: | Someone standing in (woman) |
| PROCEEDING: | Initial Appearance | BOND REC: | $100,000 PSB |

BOND HEARING HELD — yes/no     COUNSEL APPOINTED: _____

BOND SET @ **$100,000 Personal Surety Bond**

CO-SIGNATURES: _mother_

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed. — *must surrender passport by tomorrow*
3) Surrender and/or do not obtain passports/travel documents.      X — Advised of Charge
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment. — _verifiable_
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to: _S/D/Fl_
12) Halfway House
    Electronic Monitoring

_reside at current address; no illegal drug or excessive alcohol_

FILED by ___ D.C.
JUN 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | 6-12-00 | 11:00 AM | BSS | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 6-12-00 | 11:00 am | BSS | |
| STATUS CONFERENCE: | | | | |

DATE: 6-5-00     TIME: NOON     TAPE # 00-045     PG # 4

407 — 700