## *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA   480281

UNITED STATES OF AMERICA

V.

MICHAEL JOSEPH THOMAS

# WARRANT FOR ARREST

CASE NUMBER: $OO-6148-CR-WPD$

**TO:  The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest_____ MICHAEL JOSEPH THOMAS

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Manufacturing marijuana: Possessing with Intent to Distribute Marijuana; and Maintaining a place for the purpose of manufacturing Marijuana: and Manufacturing marijuana within 1000 feet of a school:

in violation of Title 21 United States Code. Section(s) 841(a)(1) : 856 and 860

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $100,000 Corporate Surety Bond

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

May 30, 2000 Fort Lauderdale, Florida
Date and Location

by Lurana S. Snow, United States Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at_____
Self Surrender in Ft. Lauderdale, FL

| DATE RECEIVED 5/30/2000 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/5/2000 | FOR:   DEA | Fred Depompa, SDUSM |

AO 442 (Rev 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ MICHAEL JOSEPH THOMAS _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT_____

SEX: _____    RACE:_____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

_____

FBI NUMBER. _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:____ DEA, S/A KRIS HUNT (954) 489-1866, 1475 W  CYPRESS CREEK BLVD,

FORT LAUDERDALE, FLORIDA 33309 _____

_____