FILED by _____ D.C.

JUN -7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

00-6148 CR -
Dimitrouleas

U.S. Marshal # 55327-004

UNITED STATES OF AMERICA )
                Plaintiff )   Case Number: CR_____
                          )   REPORT COMMENCING CRIMINAL
                          )              ACTION
       -vs-               )
         JOESEPH          )
MICHAEL JOSEPH THOMAS     )
                Defendant )

**********************************************

TO: Clerk's Office      MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court            (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
**********************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A". SELF SURR.

(1)  Date and Time of Arrest: 6-5-2000            am/pm

(2)  Language Spoken: ENGLISH

(3)  Offense(s) Charged: PWID MARIJUANA

(4)  U.S. Citizen  [X] Yes  [ ] No  [ ] Unknown

(5)  Date of Birth: 3-23-71

(6)  Type of Charging Document: (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed
     Case# 00-6148-CR-WPD

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL.

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: _____   (9) Arresting Officer: _____

(10) Agency: _____   (11) Phone: _____

(12) Comments: _____

