UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO: 00-6148-CR-~~MIDDLEBROOKS~~ Dimitrouleas

v.

MICHAEL THOMAS,

    Defendants.

_____/

## NOTICE OF APPEARANCE

    The Clerk of Court (Criminal Division) will please enter the appearance of the undersigned attorney for Defendant, MICHAEL THOMAS, in the above-styled action. Defendant respectfully requests, pursuant to Rule 49, Fed.R.Crim.P., and as directed by said Rule, that any and all motions, petitions, applications, requests, demands, memoranda, briefs, notices, discovery, orders, opinions, and all such similar paper of any nature or description, made or filed by anyone pertaining to any party herein or pertaining in any way to the case be served upon undersigned attorney at the address set forth below. The undersigned files this appearance on behalf of Defendant, MICHAEL THOMAS, *for purposes of trial only and not for purposes of appeal.*

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing was hand-delivered this 12th day of June, 2000 to: Office of the U.S. Attorney, 500 E. Broward Blvd., Ft. Laud., FL 33301.

        RESPECTFULLY SUBMITTED,

        LAW OFFICES RICHARD L. ROSENBAUM
        ATTORNEY FOR DEFENDANT
        ONE EAST BROWARD BOULEVARD
        SUITE 1500, SOUTHTRUST BANK
        FT. LAUDERDALE, FLORIDA 33301
        TELEPHONE (954) 522-7000
        FLA. BAR NO: 394688

        BY: _____
        RICHARD L. ROSENBAUM

[Stamp: RECEIVED & FILED IN OPEN COURT ON 6-12-00 AT FTL, FLA. Clerk, United States District Court, Southern District of Florida]