DEFT: Michael Thomas (B)  CASE NO: 00-6148-CR-Dimitrouleas

AUSA: Jeff Kaplan / Bruce Brown  ATTNY: Richard Rosenbaum / Denise Bregoff

AGENT: ___  VIOL: ___

PROCEEDING: Inquiry re. Counsel/Arraignment  BOND REC: ___

BOND HEARING HELD - yes/no  D.C. COUNSEL APPOINTED: ___

BOND SET @ ___

FILED BY ___ JUN 1 2 2000 CLERK U.S. DIST. LAUD. S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
[illegible]
[illegible] Order requested

NEXT COURT APPEARANCE: DATE: ___ TIME: ___ JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 6-27-00  11:00am  Snow

DATE: 6-12-00  TIME: 11:00am  TAPE # 00-048 PG # 586-695

11/99