

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    00-6148-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Michael Thomas                           ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry
Seltzer on   6-12-00           , where the Defendant was arraigned and
plea of NOT GUILTY was entered.   Defendant and court-appointed/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case.  The following information is current as of this dat

DEFENDANT:              Address:_____See Bond_____

                        Telephone:_____
DEFENSE COUNSEL:        Name:_____Richard Rosenbaum_____
                        Address:_____

                        Telephone:_____
BOND SET/CONTINUED:     $_____Cont'd on bond as set_____

Bond hearing held:  yes_____  no_____  Bond hearing set for_____
Dated this____12____day of _____June_____, 20_00_.

                                    CLARENCE MADDOX
                                    COURT ADMINISTRATOR/ CLERK

                                    By:_____
                                           Deputy Clerk

                                    Tape No._____

cc: Clerk for Judge
    U. S. Attorney