HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

FILED ___ D.C.
JUN 2 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

(USM do not bring defendants for status hearing)

DEFT __MICHAEL THOMAS__ CASE NO: __00-6148-CR-DIMITROULEAS__

AUSA __JEFF KAPLAN__ *by Bruce Brown* ATTY __RICHARD ROSENBAUM__

*no pending motions.*
*2 day trial, motions due by July 17, 2000*
*Tape # 00-035*

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____


DATE __6/27/00__    TIME __11:00__