UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                              CASE NO: 00-6148-CR-DIMITROULEAS

v.

MICHAEL THOMAS,

    Defendants.

_____/

### DEFENDANT'S MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Michael Thomas, pursuant to Rule 3.190 of the Fla.R.Crm.P., and respectfully requests this Honorable Court enter an Order continuing the Calendar Call presently set in this matter for July 14, 2000 and trial presently set in this matter for the two week docket period commencing July 17, 2000, and as grounds and in support thereof states as follows:

1. The Defendant, Michael Thomas, has been charged with cultivating cannibas near school.

2. A Calendar Call in this matter has been scheduled for July 14, 2000. Trial has been scheduled for the two week docket period commencing July 17, 2000.

3. Undersigned counsel commenced trial in the Northern District of Florida in <u>United States vs. Petrie</u> on June 5, 2000

4. In the midst of the <u>Petrie</u> trial, a severance was granted and a mistrial declared as to Robert Petrie, represented by undersigned counsel. Undersigned counsel did not return to the Southern District of Florida until June 27, 2000.

5. Because of undersigned counsel's duties and responsibilities with regards to <u>United States vs. Petrie, supra</u>, undersigned counsel was unable to devote a sufficient amount of time to prepare in this matter during the month of June. Accordingly, the defense of this case is



not ready for trial as scheduled.

6. The Defendant respectfully requests this Honorable Court enter an Order continuing this case which is presently set for Calendar Call on July 14, 2000 and trial presently set for the two week docket period commencing on July 17, 2000.

7. This Motion is made in good faith and not for the purpose of delay or avoidance.

WHEREFORE, based upon the foregoing the Defendant, Michael Thomas, respectfully requests this Honorable Court enter an Order continuing the Calendar Call presently scheduled for July 14, 2000 and trial presently set in this matter for the two week docket period commencing July 17, 2000.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was hand-delivered this **29th day of June, 2000** to: Office of the U.S. Attorney, 500 E. Broward Blvd., Ft. Laud., FL 33301.

Respectfully submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM
ATTORNEY FOR DEFENDANT
SUITE 1500, SOUTHTRUST BANK
ONE EAST BROWARD BLVD.
FT. LAUDERDALE, FL 33301
TELEPHONE: (954) 522-7000
FLORIDA BAR NO: 394688

RICHARD L. ROSENBAUM

cc: Michael Thomas