UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 00-6148-CR-DIMITROULEAS |
| Plaintiff, | |
| vs. | |
| MICHAEL THOMAS | |
| Defendant, | |
| _____/ | |

### ORDER

THIS CAUSE having come on to be heard upon the Defendant, Michael Thomas', Motion[1] for Continuance of the Calendar Call [DE-16] scheduled for July 14, 2000, and trial presently set for the two week docket period commencing on July 17, 2000, and the Court being otherwise fully advised in the premises, it is thereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby DENIED, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Richard L. Rosenbaum. Esquire

Office Of The U.S. Attorney

---

[1] The motion alleges that it is pursuant to Rule 3.190 of the Florida Rules of Criminal Procedure, but the Court will consider it pursuant to Rule 12, Federal Rules of Criminal Procedure.

