UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 00-6148-CR-DIMITROULEAS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendant.
_____/

**NIGHT BOX FILED**

JUL 1 1 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE PRE-TRIAL MOTIONS

COMES NOW, the Defendant, Michael Thomas, by and through his undersigned counsel, and respectfully requests this Honorable Court enter an Order enlarging the time in which pre-trial motions may be filed up to and including 30 days from the date such relief is granted, and as grounds and in support thereof states as follows:

1. The Defendant, Michael Thomas has been charged by Indictment with various serious criminal offenses surrounding his alleged cultivating activities.

2. Pre-trial motions are due to be filed.

3. Undersigned counsel has had insufficient time in which to draft and formulate appropriate pretrial motions.

4. The Government has provided the defense with its Response to Standing Discovery Order and undersigned counsel has learned that the Search Warrant at bar was issued based



primarily upon three (3) factors:

    a)    Information supplied by a confidential informant ;

    b)    information regarding thermal imaging ; and,

    c)    the alleged odor of marijuana around the residence as detected by law enforcement.

5. A discovery conference was scheduled by undersigned counsel with the case agent in this cause. Undersigned counsel and a licensed private investigator were scheduled to meet with the agent at the DEA office in Miami on Thursday, July 6, 2000. On said date, counsel was advised that the case agent had a family emergency and that the meeting would need to be rescheduled. On July 11, 2000 the private investigator conferred with the case agent, who had recently left a personal family funeral proceeding, and the agent has advised the defense that it is anticipated that the meeting shall be rescheduled upon his return to the office at the end of this week.

6. Undersigned counsel must review the discovery in this case to determine, first, the number of marijuana plants or, alternatively, the weight of marijuana which might be considered to be "relevant conduct" at bar. A <u>bona</u> <u>fide</u> question remains as to whether the seizure at bar warrants application of a minimum mandatory penalty upon conviction. Secondly, questions remain as to the evidence which allegedly connects the Defendant to the contraband in this cause and the manner in which it was searched and seized. Thus,

2

  important materials need to be reviewed before pretrial motions can be drafted, briefed, and filed.

7. It is anticipated that pre-trial motions shall be required in this matter in order to preserve the Defendant's constitutional rights.

8. Trial in this matter has been set for the period commencing on July 17, 2000. However, this matter has never previously been continued and only approximately 30 days have elapsed since the Defendant was arraigned. Defense counsel filed n unopposed Motion for Continuance, which was denied without prejudice to re-raise the Motion at calendar call scheduled for July 14, 2000.

9. Undersigned counsel has spoken with Assistant United States Attorney Jeffrey Kaplan who has advised undersigned counsel to represent that the Government does no object the relief sought herein.

10. Undersigned counsel requests an additional 30 days in which to file the contemplated motions.

  WHEREFORE, the Defendant, Michael Thomas respectfully moves this Honorable Court enter an Order enlarging the time in which pre-trial motions may be filed up to and including 30 days from the date of the Order granting such relief.

I HEREBY CERTIFY that the original was mailed this **11th day of JULY, 2000** to Assistant United States Attorney, Jeffrey Kaplan, Office of the United States Attorney, 500 East Broward Boulevard Fort Lauderdale, Florida 33301.

    Respectfully Submitted,

    LAW OFFICES OF RICHARD L. ROSENBAUM
    ATTORNEY FOR DEFENDANT
    One East Broward Boulevard
    Suite 1500, South Trust Plaza
    Fort Lauderdale, Florida 33301
    Telephone (954) 522-7000
    Facsimile (954) 522-7003
    Florida Bar No. 394688

    BY: _____
    RICHARD L. ROSENBAUM

4