UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 00-6148-CR-DIMITROULEAS**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL THOMAS,

Defendant.
_____/

**O R D E R**

THIS CAUSE having come on to be heard upon the Defendant, Michael Thomas', Motion for Enlargement of Time in Which to File Pre-Trial Pleadings up to and including 30 days from the date of this Order, and the Court being otherwise fully advised in the premises, it is, thereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby _Denied without prejudice to renew at calendar call_

DONE AND ORDERED in Ft. Lauderdale, Florida, this ___ day of _____, 2000.

UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED:**
RICHARD L. ROSENBAUM, ESQ.
AUSA JEFFREY KAPLAN
PRE-TRIAL SERVICES

