**CRIMINAL MINUTES**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _00-6148-CR-WPD_  DATE: _7/14/00_

COURTROOM CLERK: Deloris McIntosh    COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA    VS. _Michael Thomas (B)_

U.S. ATTORNEY: _Jeffrey Kaplan_ DEFT. COUNSEL: _Richard Rosenbaum_

REASON FOR HEARING: _Calendar Call_

RESULT OF HEARING: _Defense Counsel's motion for_
_Contin    granted_

JUDGMENT: _____

CASE CONTINUED TO: _9/11/00_    TIME: _9:00_    FOR: _Jury trial_
MISC: _Calendar Call Set for 9/8/00 @ 9:00_
_All motions Due 8/14/00_

