cr-06148-WPD  Document 22  Entered on FLSD Docket 07/28/2000

PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

JUL 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S.A. vs. MICHAEL THOMAS                     Docket No. 00-6148-Cr-Dimitrouleas

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MICHAEL THOMAS, who was placed under pretrial release supervision by the Honorable BARRY S. SELTZER sitting in Court at FT. LAUD, on JUNE 5, 2000, under the following conditions:

Report to PTS as directed, no law violations, appear in court as directed, random drug testing/treatment, surrender passport, maintain current residence.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

A substance abuse counseling assessment reveals the defendant displays signs of clinical depression.

PRAYING THE COURT WILL ORDER: That the defendant shall attend mental health counseling as deemed appropriate by Pretrial Services.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case.

_____
Hon. Barry S. Seltzer
U.S. Magistrate Judge

Respectfully,

_____
James T. Jamros
U.S. Pretrial Services Officer

Place: Ft. Lauderdale, FL.

Date: July 17, 2000