UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 00-6148-CR-DIMITROULEAS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendant.
_____/

## REQUEST FOR DISCLOSURE OF EXPERT TESTIMONY

COMES NOW the Defendant, Michael Thomas, by and through his undersigned counsel, pursuant to Rule 16(a)(1)(E), requests the Government disclose to the Defendant a written summary of testimony that the Government intends to use under Rule 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

I HEREBY CERTIFY that the original was mailed this **14th day of AUGUST, 2000** to Assistant United States Attorney, Jeffrey Kaplan, Office of the United States Attorney, 500 East Broward Boulevard Fort Lauderdale, Florida 33301.

        Respectfully Submitted,

        LAW OFFICES OF RICHARD L. ROSENBAUM
        ATTORNEY FOR DEFENDANT
        One East Broward Boulevard
        Suite 1500, South Trust Plaza
        Fort Lauderdale, Florida 33301
        Telephone (954) 522-7000
        Facsimile (954) 522-7003
        Florida Bar No: 394688

        BY: _____
            RICHARD L. ROSENBAUM