UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6148-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendant.

_____/

FILED by _____ D.C.

AUG 1 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's August 14, 2000 Request For Disclosure Of Expert Testimony [DE-23], Request For Specific <u>Brady</u> and <u>Kyles</u> Information [DE-24], Motion To Suppress [DE-25], Motion To Dismiss [DE-26], Motion For Bill Of Particulars [DE-27], and Motion For Disclosure Of Confidential Informant, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeffrey Kaplan, AUSA

Richard Rosenbaum, Esquire
One East Broward Boulevard, #1500
Ft. Lauderdale, Florida 33301

