UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   CASE NO. 00-6148-CR-DIMITROULEAS

   Plaintiff,

vs.

MICHAEL THOMAS,

   Defendant.
_____/

## ORDER SETTING HEARING ON PRE-TRIAL RELEASE

THIS MATTER having come before the Court on Pre-Trial Services August 16, 2000 Memorandum of Bond Violation; the Court hereby sets a Pre-Trial Release Hearing to determine whether the conditions of Pre-Trial release should be modified. The hearing is set for <u>August 24, 2000 at 11:15 A.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 17 day of August, 2000.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeffrey Kaplan, AUSA

Richard Rosenbaum, Esquire
1 East Broward Boulevard, #1500
Ft. Lauderdale, FL 33301

James T. Jamros, PSO/DATS