JNK:hkp

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6148-CR-DIMITROULEAS/Seltzer**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL THOMAS,** | ) |
| | ) |
| Defendant. | ) |

AUG 18 2000

CLERK, USDC / MADDOX

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S
### REQUEST FOR SPECIFIC KYLES & BRADY INFORMATION

The United States of America, by and through the undersigned counsel hereby opposes Defendant's Request for Specific Kyles and Brady Information (hereinafter Kyles and Brady Request) as the motion is baseless, and states as follows:

1. Defendant Thomas files a boiler plate motion which requests this Court to authorize a "fishing expedition" by the defendant as the defendant requests four pages of information regarding "cooperating witness(es)." However, there are no cooperating witnesses that the government intends to call in this case. The government was provided information by an informant who was akin to a mere tipster, but this person will not be called to testify.

2. Furthermore, in United States v. Davis, 487 F.2d 1249 (5th Cir. 1973), the appellant claimed a Brady violation due to the government's failure to disclose the identity of an informant.



The appellate court held that <u>Brady</u> does not justify a defense "fishing expedition" whenever it is possible that exculpatory information may be discovered.

3. The government is aware of its obligations under <u>Kyles</u> and <u>Brady</u>. However, there is no such disclosure required at this time. Wherefore, defendant's motion must be denied.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*

JEFFREY N. KAPLAN (Court #A5500030)
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394-3002
Telephone: (954) 356-7306
Facsimile: (954) 356-7228
E-Mail: Jeffrey.Kaplan@justice.usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was hand delivered this 18th day of August, 2000, to:

Richard Rosenbaum, Esq.
1 East Broward Boulevard, Suite 1500
Fort Lauderdale, Florida 33301-1845

*[signature]*

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

-2-