JNK:hkp

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. <u>00-6148-CR-Dimitrouleas/Snow</u>

UNITED STATES OF AMERICA,          :
                                   :
       Plaintiff,                 :
                                   :
vs.                                :
                                   :
MICHAEL JOSEPH THOMAS,             :         AUG 1 8 2000
                                   :
       Defendant.                 :
_____:

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION FOR A BILL OF PARTICULARS

    The United States of America, by and through its undersigned counsel, hereby responds to the defendant's Motion for a Bill of Particulars as follows:

    1.    The defendant requests that the government specify the quantity of marijuana alleged in each count of the Indictment.

            A.    Count I  -  Approximately 137 plants, including 39 root clusters.

            B.    Count II  -  Approximately 137 plants, including 39 root clusters.

            C.    Count III  -  Not applicable as there is no minimum mandatory.



D.   Count IV   -   Approximately 137 plants, including 39 root clusters.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Jeffrey N. Kaplan
Assistant United States Attorney
Florida Bar No. A5500030
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3515
Facsimilie: (954) 356-7336
E-Mail Address:
(Jeffrey.Kaplan@justice.usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 18th day of August, 2000, to:

Richard Rosenbaum, Esquire
1 E. Broward Blvd., Suite 1500
Fort Lauderdale, Florida 33301

_____
Jeffrey N. Kaplan
Assistant United States Attorney

-2-