JNK:hkp

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.   <u>00-6148-CR-Dimitrouleas/Snow</u>

UNITED STATES OF AMERICA,          :
                                   :
        Plaintiff,                :
                                   :
vs.                                :
                                   :
MICHAEL JOSEPH THOMAS,             :
                                   :
        Defendant.                :
_____:

AUG 1 8 2000

**GOVERNMENT'S RESPONSE TO REQUEST**
**FOR DISCLOSURE OF EXPERT TESTIMONY**

The United States of America, by and through its undersigned counsel, hereby responds to the defendant's Request for Disclosure of Expert Testimony and states as follows:

1.   The defendant has requested the government to disclose a written summary of any expert testimony that the government intends to use at trial. The government previously provided as attachments to the Standing Discovery Order laboratory reports, which concluded that the plants and root clusters and plastic containers seized from defendant's residence were marijuana. At this time, the government intends to call Allen Catterton, a DEA forensic chemist to testify as to the opinion set forth in the lab report.



2.  The government also intends to call a witness who will testify that the 137 plants and other marijuana found at the defendant's residence was much more than personal use amounts. At the present time, the government intends to call Special Agent Kris Hunt for this opinion.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Jeffrey N. Kaplan
Assistant United States Attorney
Florida Bar No. A5500030
500 E. Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255x3515
Facsimilie: (954) 356-7336
E-Mail Address:
(Jeffrey.Kaplan@justice.usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by United States mail this 18th day of August, 2000, to:

Richard Rosenbaum, Esquire
1 E. Broward Blvd., Suite 1500
Fort Lauderdale, Florida 33301

_____
Jeffrey N. Kaplan
Assistant United States Attorney

-2-