UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 00-6148-CR-DIMITROULEAS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendant.
_____/

### *MOTION TO ALLOW COUNSEL ACCESS TO LAPTOP COMPUTER DURING COURT PROCEEDINGS*

COMES NOW the Defendant, Michael Thomas, by and through his undersigned counsel, pursuant to the Fifth and Sixth Amendment to the United States Constitution, and respectfully requests this Honorable Court enter an Order allowing defense counsel access to a Laptop computer and miscellaneous computer accessories, including CD Rom disks, during the court proceedings in this matter, and as grounds and in support thereof states as follows:

1. Undersigned counsel represents Defendant, Michael Thomas.

2. Pretrial hearings, court proceedings, and ultimately a full blown trial are anticipated in this matter.

3. Defendant, Michael Thomas, asserts that in order to insure effective assistance of counsel, his attorney, Richard L. Rosenbaum, should be permitted to bring his Laptop computer and miscellaneous computer accessories into the Federal Courthouse.



LAW OFFICE OF RICHARD L. ROSENBAUM
SUITE 1500, ONE EAST BROWARD BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 522-7000

4. Undersigned counsel has been permitted and has utilized in the past, a computer in various state and federal hearings and trial, recent federal cases in the Southern District of Florida, Northern District of Florida, and in the Eastern District of Pennsylvania have allowed a computer and related equipment.

5. The computer which will be utilized during pretrial and trial proceedings shall neither disrupt court proceedings nor distract the jury.

6. Allowance of the introduction of Laptop computer into the Federal Courtroom shall allow undersigned access to all Supreme Court and Federal cases (Federal Reporter, Federal Second Reporter, Federal Third Reporter, as well as United States Code Annotated and other materials) via CD Rom. A subsequent request may include telephonic access to Westlaw, which counsel is pursuing. It is understood that the court and its law clerk staff have access to unlimited Westlaw, and at the appropriate time undersigned counsel may request telephonic access to computer research materials.

7. Undersigned counsel is amenable to the United States Marshals Service fully inspecting any and/or all computer materials prior to undersigned seeking to introduce them into the Federal Court facility.

8. Computerized research and note keeping is no longer "the wave of the future." A multitude of federal judges utilize computers on a daily basis. To prohibit undersigned counsel from utilizing computerized research and note taking equipment shall deny Defendant, Michael Thomas, effective assistance of counsel and due process of law

pursuant to the Fifth and Sixth Amendments to the United States Constitution.

9. "The practice of law is built on decision, statutes, regulations and directives ... the list of resources is growing, particularly in the governmental area. The legal researcher is well-advised to make periodic forays into the [Internet] system to discover more sources." How to Use the Internet for Legal Research, The Florida Bar News, August 1, 1995, p. 32.

10. The use of personal computers is an integral part of practicing law.[1] Getting Lawyers to Use Computers Can be Tricky, The Florida Bar News, October 15, 1995, p. 24. [The 1994 Survey of Automation in Smaller Law Firms, conducted by the ABA's Legal Technology Resource Center noted that 83% of the respondents reported using a personal computer in their practice.]

11. The instant availability of up to date case law will reduce trial errors. 3 Emory L.J. 1095, 1108 (1994) [The ability to have instant access to a case when unsure as to its applicability

---

[1] "General change is upon us. Not many years ago, my law school offered popular optional training in basic word processing. Now, nearly everyone enters the school with that knowledge, if not his or her own personal computer as well. Of course, some law students, lawyers and judges still do not or will not use computers. Although undoubtedly a significant number, these technological doubters ought not to be given undue attention. Somewhere a few lawyers probably insist on drafting documents with quill pens. Notably, many of us still have quill pens, but only as mementos of bygone years."
3 Emory L.J. 1095, 1096 (1994), Fredric I. Lederes

may greatly improve the accuracy of legal rulings. Indeed, the mere knowledge by counsel that they may be called on their legal authorities in public by the court may raise the standard of practice]. Communication is the heart of litigation. Id. at 1113.

WHEREFORE, based upon the foregoing, the Defendant, Michael Thomas, respectfully requests this Honorable Court enter an Order permitting his counsel access to a Laptop computer and accessories during all pretrial and trial proceedings.

I HEREBY CERTIFY that the original was mailed this **17th day of August, 2000** to Assistant United States Attorney, Jeffrey Kaplan, Office of the United States Attorney, 500 East Broward Boulevard Fort Lauderdale, Florida 33301.

RESPECTFULLY SUBMITTED,

LAW OFFICES OF RICHARD L. ROSENBAUM
ATTORNEY FOR DEFENDANT
ONE EAST BROWARD BLVD.
SUITE 1500
FORT LAUDERDALE, FL 33301
(954) 522-7000
(954) 522-7003 (FACSIMILE)
FLA BAR NO: 394688

RICHARD L. ROSENBAUM