UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 00-6148-CR-DIMITROULEAS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendant.
_____/

FILED by _____ D.C.
AUG 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### O R D E R

THIS CAUSE having come on to be heard upon Defendant, Michael Thomas', Motion to Allow Access to Laptop Computer and Accessories During Court, and the Court having reviewed the defense request, and being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that Defendant, Michael Thomas', Motion is hereby GRANTED. Defendant, Michael Thomas's, counsel, Richard L. Rosenbaum, is hereby allowed to introduce his Laptop computer into the Federal Court facilities for all court proceedings in this matter, subject to the United States Marshall service being allowed to fully inspect any and/or all equipment sought to be introduced.

DONE AND ORDERED in Ft. Lauderdale, Florida, this 22 day of _____, 2000.

_____
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED:**
Richard L. Rosenbaum, Esq.
Office of the U.S. Attorney
U.S. Marshal

