**CRIMINAL MINUTES**

FILED by _____ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6148-CR-WPD   DATE: August 25, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: James Jamros   INTERPRETER: _____

UNITED STATES OF AMERICA   vs.   Michael Thomas

U.S. ATTORNEY: Michael Dittoe   DEFT. COUNSEL: Richard Rosenbaum
    for Jay Kaplan

REASON FOR HEARING: Pre-trial Release status

RESULT OF HEARING: AUSA agrees with ~~Probation~~ Pre-Trial Services recommendation to take no action at this time. Deft agrees.

Court adds special condition to Pre-trial Release that deft be required to attend and complete the counseling session he is now in.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

