JNK:hkp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6148-CR-DIMITROULEAS(s)/Snow
21 USC 841(a)(1)
21 USC 841(b)(1)(B)
21 USC 856
21 USC 860

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
v.                         )
                           )
MICHAEL JOSEPH THOMAS,     )
                           )
            Defendant.     )
_____)

FILED by _____ D.C.
AUG 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about May 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MICHAEL JOSEPH THOMAS,

did knowingly and intentionally manufacture, that is, cultivate and grow, a Schedule I controlled substance, that is, at least one-hundred (100) marijuana plants, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).



## COUNT II

On or about May 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MICHAEL JOSEPH THOMAS,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT III

On or about May 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

### MICHAEL JOSEPH THOMAS,

did knowingly and intentionally maintain a place, that is, the premises located at 1507 Coolidge Street, Hollywood, Florida, for the purpose of manufacturing and distributing a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 856(a)(1).

COUNT IV

On or about May 10, 2000, at Broward County, in the Southern District of Florida, the defendant,

MICHAEL JOSEPH THOMAS,

did knowingly and intentionally maintain a place, that is, the premises located at 1507 Coolidge Street, Hollywood, Florida, for the purpose of manufacturing and distributing a Schedule I controlled substance, that is, at least one-hundred (100) marijuana plants, in violation of Title 21, United States Code, Section 856(a), within 1,000 feet of the real property comprising South Broward High School, a public secondary school.

All in violation of Title 21, United States Code, Sections 841(b)(1)(B), 856(a)(1) and 860.

A TRUE BILL

Leonard
FOREPERSON

GUY E. LEWIS
UNITED STATES ATTORNEY

JEFFREY N. KAPLAN
ASSISTANT UNITED STATES ATTORNEY

- 3 -

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: MICHAEL JOSEPH THOMAS   No.: 00-6148-CR-DIMITROULEAS(s)

Count # I:
Manufacture marijuana; in violation of 21 USC 841(a)(1)

*Max Penalty: 5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,000 fine

Count # II:
Possess with intent to distribute marijuana; in violation of 21 USC 841(a)(1)

*Max Penalty: 5 years' mandatory minimum imprisonment; 40 years' maximum; $2,000,000 fine

Count #III:
Maintain a place for manufacturing marijuana; in violation of 21 USC 856(a)

*Max Penalty: 20 years' maximum imprisonment; $500,000 fine

Count #IV:
Maintain a place for manufacturing marijuana within 1,000 feet of a school; in violation of 21 USC 860

*Max Penalty: 5 years' mandatory minimum imprisonment; 80 years' maximum; $4,000,000 fine

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:

Count #:


*Max Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**        CASE NO. __00-6148-CR-DIMITROULEAS(s)__

v.

**MICHAEL JOSEPH THOMAS**        **CERTIFICATE OF TRIAL ATTORNEY***

**Court Division**: (Select One)

**Superseding Case Information**:
New Defendant(s)     Yes ___     No _X_
Number of New Defendants     __0__
Total number of counts     __4__

___ Miami     ___ Key West
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __NO__
   List language and/or dialect     __English__

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)            (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | |
   | II | 6 to 10 days | ___ | Minor | |
   | III | 11 to 20 days | ___ | Misdem. | |
   | IV | 21 to 60 days | ___ | Felony | _X_ |
   | V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?(Yes or No) __Yes__
If yes:
Magistrate Case No. _____ 00-4686-BSS _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of ____ May 10, 2000 _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) ____ No ____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No If yes, was it pending in the Central Region? _ Yes_ No
8. Did this case originate in the Narcotics Section Miami? __ Yes _X_ No

Jeffrey M. Kaplan
ASSISTANT UNITED STATES ATTORNEY
Court Bar No. A5500030

*Penalty Sheet(s) attached                                    REV 6/27/00