UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL THOMAS,

    Defendants.
_____/

CASE NO: 00-6148-CR-DIMITROULEAS

FILED by _____ D.C.

SEP 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### O R D E R

THIS CAUSE having come on to be heard upon the Defendant, Michael Thomas',

Motion for Continuance of the trial presently set for the two week docket period commencing on

September 11, 2000, and the Court being otherwise fully advised in the premises, it is, thereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby

_Denied without prejudice to renewal at the calendar call_

DONE AND ORDERED in Ft. Lauderdale, Florida, this ___7___ day of

_September_, 2000.

_____
U.S. DISTRICT JUDGE

COPIES FURNISHED:

RICHARD L. ROSENBAUM, ESQ.
AUSA JEFFREY KAPLAN, OFFICE OF THE U.S. ATTORNEY