

FILED by ___ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6148-CR-Dimitrouleas (s)

UNITED STATES OF AMERICA

vs

Michael Joseph Thomas

### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 9-7-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and ~~court-appointed~~/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: _see bond_____

Telephone: _____

DEFENSE COUNSEL: Name: _Richard Rosenbaum_____

Address: _____

Telephone: _____

BOND SET/CONTINUED: $_____ cont'd on bond as set_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __7__ day of _September_, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. _00-071_

cc: Clerk for Judge
 U. S. Attorney
 Defense Counsel
 Pre-Trial Services

