**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6148-CR-WPD    DATE: September 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  Michael Thomas

U.S. ATTORNEY: Jeff Kaplan    DEFT. COUNSEL: Richard Rosenbaum

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's motion to continue is Granted. Court Resets case and finds the time from today until trial is deemed excludable.

CASE CONTINUED TO: 10/13/00    TIME: 9:00    FOR: Cal Call
MISC: 10/16/00    9:00    2 week trial period

