UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6148-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendant.

_____/

FILED by _____ D.C.

SEP 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS MATTER having come before the Court on Pre-Trial Services September 8, 2000 Memorandum of Bond Violation; the Court hereby sets a Pre-Trial Release Hearing to determine whether the conditions of Pre-Trial release should be modified. The hearing is set for <u>Friday, September 15, 2000 at 3:30 P.M.</u>

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___8___ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeffrey Kaplan, AUSA

Richard Rosenbaum, Esquire
One East Broward Boulevard, #1500
Ft. Lauderdale, Florida 33301

James T. Jamros, PSO/DATS

