**CRIMINAL MINUTES**

FILED by ___ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6148-CR-WPD     DATE: September 15, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Michael Thomas

U.S. ATTORNEY: Jeff Kaplan     DEFT. COUNSEL: Richard Rosenbaum

REASON FOR HEARING: Pre-Trial Release Violation

RESULT OF HEARING: Deft's pre-trial release is revoked and reset to $100 on 10% CSB w/ same special conditions as most recently imposed if deft meets Surety. Deft remanded to custody.

CASE CONTINUED TO: _____     TIME: _____     FOR: _____

MISC: _____

