UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6148-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendant.

_____/

FILED by _____ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS MATTER having come before the Court on Pre-Trial Services September 8, 2000 Memorandum of Bond Violation; and the Court having conducted a Pre-Trial Release Hearing, on September 15, 2000, and determining, after argument of counsel, that the conditions of Pre-Trial release should be modified, it is ORDERED that Pre-Trial Release be revoked. Bond is set at $100,000 corporate surety, with the same conditions of release.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Jeffrey Kaplan, AUSA

Richard Rosenbaum, Esquire
One East Broward Boulevard, #1500
Ft. Lauderdale, FL 33301

James T. Jamros, PSO/DATS