UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,               CASE NO: 00-6148-CR-DIMITROULEAS

v.

MICHAEL THOMAS,

    Defendants.
_____/

**UNOPPOSED**
**MOTION FOR REDUCTION OF BOND**

COMES NOW, the Defendant, Michael Thomas, by and through his undersigned counsel, and respectfully requests this Honorable Court enter an Order reducing and/or modifying the Defendant's conditions of pre-trial release, and as grounds and in support thereof states as follows:

1. The Defendant, Michael Thomas, has been charged by Indictment and ultimately Superseding Indictment with felonious offenses surrounding his alleged cultivation of marijuana.

2. On September 15, 2000, the Defendant's bond was revoked as a result of a dirty urine sample detected by Pre-Trial Services on August 31, 2000.

3. On September 15, 2000, a new condition of pre-trial release was imposed. Specifically, in order to be released pre-trial, the Defendant must secure a One Hundred Thousand Dollar ($ 100,000.00) corporate surety bond.

4. The Defendant is presently in custody.

5. The Defendant is a twenty-nine year old man of modest means.

6. The Defendant is without the funds necessary to post a One Hundred Thousand

1

54

Dollar ($ 100,000.00) corporate surety bond.

7. The Defendant respectfully requests this Honorable Court enter an Order reducing the amount of the corporate surety bond or, in the alternative, imposing other terms or conditions which will secure the Defendant's appearance at trial and will insure that the Defendant does not utilize controlled substances.

8. On September 18, 2000, undersigned counsel spoke with AUSA Kaplan who advised that the Government does not oppose this motion.

WHEREFORE, based upon the foregoing grounds and authority, the Defendant, Michael Thomas, respectfully requests this Honorable Court enter an Order reducing or modifying the conditions of pre-trial release heretofore imposed.

I HEREBY CERTIFY that a true and correct copy of the above was mailed this **19 day of September 2000,** to: AUSA Jeffrey Kaplan, Office of the U.S. Attorney, 500 East Broward Boulevard, Fort Lauderdale, Florida 33301; Pre-Trial Services, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

    Respectfully submitted,

    LAW OFFICES OF RICHARD L. ROSENBAUM
    ATTORNEY FOR DEFENDANT
    SUITE 1500, SOUTHTRUST BANK
    ONE EAST BROWARD BLVD.
    FT. LAUDERDALE, FL 33301
    TELEPHONE: (954) 522-7000
    FLORIDA BAR NO: 394688

    RICHARD L. ROSENBAUM

cc:    Michael Thomas