UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 00-6148-CR-DIMITROULEAS**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendant.
_____/

FILED by _____ D.C.

SEP 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**O R D E R**

THIS CAUSE having come on to be heard upon the Defendant, Michael Thomas' Unopposed Motion for Reduction of Bond, and the Court being otherwise fully advised in the premises, it is, thereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby Granted. Bond is reduced to $50,000 Corporate surety bond with the same special conditions previously imposed.

DONE AND ORDERED in _____, Florida, this _____ day of September, 2000.

_____
U.S. DISTRICT COURT JUDGE

**COPIES FURNISHED:**
RICHARD L. ROSENBAUM, ESQ.
AUSA JEFFREY KAY, OFFICE OF THE U.S. ATTORNEY

