UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,            CASE NO: 00-6148-CR-DIMITROULEAS

v.

MICHAEL THOMAS,

    Defendants.

_____/

FILED by _____ D.C.

OCT 0 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### DEFENDANT'S MOTION FOR CONTINUANCE

COMES NOW, the Defendant, Michael Thomas, pursuant to Rule 3.190 of the Fla.R.Crm.P., and respectfully requests this Honorable Court enter an Order continuing the trial presently set in this matter for the two week docket period commencing October 16, 2000, and as grounds and in support thereof states as follows:

1. The Defendant, Michael Thomas, has been charged with various counts surrounding his alleged cultivation of cannabis.

2. A Calendar Call in this matter has been scheduled for October 13, 2000. Trial has been scheduled for the two week docket period commencing October 16, 2000.

3. On October 2, 2000 undersigned counsel commenced trial in the Northern District of Florida, Gainesville Division in the matter of USA v. Petrie, Case No: 1:98-CR-19 MP. Said trial is scheduled to last 4 to 6 weeks. Pretrial motions were heard, and the same date voir dire was conducted; the jury was sworn; and both the Government and the defense gave opening statements. The government has listed 53 potential witnesses from throughout the world, and the defense has submitted an exhibit list containing approximately 100 items intended to be introduced as evidence.

4. This Motion is not filed for delay or avoidance.



LAW OFFICE OF RICHARD L. ROSENBAUM
SUITE 1500, ONE EAST BROWARD BOULEVARD, FORT LAUDERDALE, FLORIDA 33301 • TELEPHONE (954) 522-7000

5. Good cause exists for entry of an order continuing trial.

6 The government does not oppose the instant motion.

WHEREFORE, based upon the foregoing the Defendant, Michael Thomas, respectfully requests this Honorable Court enter an Order continuing trial presently set in this matter for the two week docket period commencing October 16, 2000.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing was mailed this **3rd day of October, 2000** to: AUSA Jeffrey Kaplan, Office of the U.S. Attorney, 500 E. Broward Blvd., Ft. Laud., FL 33301.

Respectfully submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM
ATTORNEY FOR DEFENDANT
SUITE 1500, SOUTHTRUST BANK
ONE EAST BROWARD BLVD.
FT. LAUDERDALE, FL 33301
TELEPHONE: (954) 522-7000
FLORIDA BAR NO: 394688

RICHARD L. ROSENBAUM

cc: Michael Thomas