UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.   CASE NO: 00-6148-CR-DIMITROULEAS

MICHAEL THOMAS,

    Defendants.

_____/

**O R D E R**

THIS CAUSE having come on to be heard upon the Defendant, Michael Thomas',

Motion for Continuance of the trial presently set for the two week docket period commencing on

October 16, 2000, and the Court being otherwise fully advised in the premises, it is, thereupon,

ORDERED AND ADJUDGED that said Motion be, and the same is hereby

Denied without prejudice to renew at the calendar call should defense counsel still be in trial in Jacksonville

DONE AND ORDERED in Ft. Lauderdale, Florida, this ___4___ day of

___October___, 2000.

                                        _____
                                        U.S. DISTRICT JUDGE

COPIES FURNISHED:

RICHARD L. ROSENBAUM, ESQ.
AUSA JEFFREY KAPLAN, OFFICE OF THE U.S. ATTORNEY

