
**CRIMINAL MINUTES**

FILED by ___ D.C.
OCT 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: (D)-6148-CR-WPD    DATE: October 13, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Michael Thomas

U.S. ATTORNEY: Jeff Kaplan    DEFT. COUNSEL: Denise Briggs for Richard Rosenbaum

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's counsel in trial. Deft M/Continue is granted. Court Resets trial and finds the time from today until trial deemed excludable under Speedy trial.

JUDGMENT: _____

CASE CONTINUED TO: 11/3/00    TIME: 9:00    FOR: Cal. Call
MISC: 11/6/00    9:00    Trial Period

