UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6148-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
　　　　Plaintiff,

vs.

MICHAEL THOMAS

　　　　Defendant.
_____/

**ORDER GRANTING CONTINUANCE**

　　This matter having come before the Court on October 13, 2000 on Defendant's Motion to Continue. After due consideration, it is

　　ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing November 6, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **November 3, 2000, at 9:00** A.M. o'clock. It being further

　　ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

　　DONE AND ORDERED this ___16___ day of October, 2000.

　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　Southern District of Florida

cc:　Jeffrey Kaplan, AUSA
　　　Richard Rosenbaum, Esq.

