## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

FILED by ___ D.C.
NOV 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6148-CR-WPD    DATE: November 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Michael Thomas

U.S. ATTORNEY: Jeff Kaplan    DEFT. COUNSEL: Richard Rosenbaum

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Agree to enter guilty plea to Count 3, Govt to dismiss Counts 1, 2, 4 @ time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 1/12/01    TIME: 1:00    FOR: Sentencing
MISC: Written plea agreement filed.