PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF FLORIDA



U.S.A. vs. MICHAEL THOMAS            Docket No. 00-6148-Cr-Dimitrouleas(s)

Petition for Action on Conditions of Pretrial Release

COMES NOW JAMES T. JAMROS, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant MICHAEL THOMAS, who was placed under pretrial release supervision by the Honorable WILLIAM P. DIMITROULEAS sitting in Court at FT. LAUD, on October 2, 2000, under the following conditions:

Surrender any travel documents to PTS, report to PTS as directed, random drug testing/treatment, maintain gainful employment, no contact with victims/witnesses, no firearms, travel SD/FL, reside at current residence, no illegal drug use or excessive alcohol.

Respectfully presenting petition for action of Court and for cause as follows:
(if short insert here; if lengthy write on separate sheet and attach)

The defendant did violate the law and/or use alcohol to excess in that, on or about October, 15, 2000, in Broward County, Florida he did illegally drive a motor vehicle under the influence of alcohol.

The defendant failed or concealed his arrest for Driving Under the Influence of Alcohol by not disclosing his arrest of 10/15/00 to Pretrial Services in violation of 18 U.S.C. 1001.

PRAYING THE COURT WILL ORDER BOND REVOKED AND THE DEFENDANT HELD WITHOUT BOND PENDING A HEARING PURSUANT TO 18 U.S.C. 3148.

ORDER OF COURT                                Respectfully,

Considered and ordered this ___8___ day
of __November__, 200 0 and ordered filed
and made a part of the records in the above
case.                                         James T. Jamros
                                              U.S. Pretrial Services Officer

Hon. William P. Dimitrouleas                  Place: Ft. Lauderdale, FL.
U.S. District Judge
                                              Date: November 7, 2000

