AO 442 (Rev. 12/85) Warrant for Arrest

**United States District Court**
**for the**
**Southern District of Florida**

**United States of America**
v
**MICHAEL THOMAS**

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Deputy Clerk
Date 11/13/00

## WARRANT FOR ARREST

Case Number: 00-6148-Cr-Dimitrouleas (s)

**To: The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ MICHAEL THOMAS

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  X VIOLATION OF PRETRIAL PETITION

charging him or her with (brief description of offense)

The defendant did violate the law and/or use alcohol to excess in that, on or about October 15, 2000, in Broward County, Florida, he did illegally drive a motor vehicle under the influence of alcohol

The defendant failed or concealed his arrest for Driving Under the Influence of Alcohol by not disclosing his arrest of 10/15/00 to Pretrial Services in violation of 18 U.S.C. 1001.

in violation of Title __18__  United States Code, Section(s) __3148__

| JAMES T. JAMROS | United States Pretrial Services Officer |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ James T. Jamros | November 8, 2000, Fort Lauderdale, FL. |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __NONE__    by _____
Hon. William P. Dimitrouleas, U.S. District Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |