# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: Michael Thomas  CASE NO: 00-6148-CR-WPD(s)
AUSA: Bewell  ATTY: Richard Rosenbaum
AGENT: PTS Jammer  VIOL: Bond viol
PROCEEDING: I/A on viol  RECOMMENDED BOND:

BOND HEARING HELD - yes / no  COUNSEL APPOINTED:
BOND SET @:  To be cosigned by:

FILED by ___ D.C.
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.  Advised of violation
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.  Bond was revoked
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.  by Judge D.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.  Any bond reinstatement
- ☐ No firearms.  will be decided
- ☐ Curfew: ___  by Judge D.
- ☐ Travel extended to: ___
- ☐ Halfway House ___  Deft sentencing date is 1/12

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:

DATE: 11/15  TIME: 11  FTL/LSS TAPE # 00- 058  Begin: 2395  End: 2493

