UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL THOMAS,

    Defendants.
_____/

CASE NO: 00-6148-CR-DIMITROULEAS

FILED by _____ D.C.

NOV 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO DISCHARGE BOND

COMES NOW, the Defendant, Michael Thomas, by and through his undersigned counsel, and respectfully requests this Honorable Court enter an Order discharging the bond posted to secure his appearance, and as grounds and in support thereof states as follows:

1. On October 2, 2000, an Order was entered releasing the Defendant, Michael Thomas, on a Corporate Surety Bond in the amount of Fifty Thousand and 00/100 Dollars ($50,000.00).

2. The Defendant, Michael Thomas, is in custody and is presently housed at FDC - Miami.

3. On November 21, 2000, undersigned counsel spoke with AUSA Jeffrey Kaplan. AUSA Kaplan authorized undersigned counsel to represent that the Government has no objection to the Court's entry of an Order discharging the bond in this case.

WHEREFORE, based upon the foregoing grounds and authority, the Defendant, Michael Thomas, respectfully requests this Honorable Court enter an Order discharging the bond heretofore posted.

1



I HEREBY CERTIFY that a true and correct copy of the above was mailed this **27 day of November 2000,** to: AUSA Jeffrey Kaplan, Office of the U.S. Attorney, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301; Pre-Trial Services, 299 East Broward Boulevard, Ft. Lauderdale, FL 33301.

Respectfully submitted,

LAW OFFICES OF RICHARD L. ROSENBAUM
ATTORNEY FOR DEFENDANT
SUITE 1500, SOUTHTRUST BANK
ONE EAST BROWARD BLVD.
FT. LAUDERDALE, FL 33301
TELEPHONE: (954) 522-7000
FLORIDA BAR NO: 394688

RICHARD L. ROSENBAUM

cc:   Michael Thomas