UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO: 00-6148-CR-DIMITROULEAS

v.

MICHAEL THOMAS,

    Defendant.
_____/

### ORDER TO DISCHARGE BOND

THIS CAUSE having come on to be heard upon the Defendant's Motion to Discharge Bond, and the Court, having taken the matter under consideration and being fully advised in the Premises, it is hereby thereupon,

ORDERED AND ADJUDGED that the Defendant, Michael Thomas', Motion to Discharge Bond is hereby Granted.

DONE AND ORDERED in Fort Lauderdale, Florida, this 30 day of November, 2000.

U.S. DISTRICT JUDGE

COPIES FURNISHED:

RICHARD L. ROSENBAUM, ESQUIRE
AUSA JEFFREY KAPLAN
AMMEDIATE BAIL BONDS

