**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6148-CR-WPD  DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Deidre Pratt   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Michael Thomas

U.S. ATTORNEY: Jeffrey Kaplan   DEFT. COUNSEL: Richard Rosenbaum

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 24 months imprisonment, 3 years Supervised Release, no Fine, $100 Assessment. Court recommends designation to Eglin AFB & that deft be allowed to participate in the BOP 500 drug treatment program.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft informed of Right to Appeal.

