Michael Thomas
1797 NE 15 av.
Fort Lauderdale, FL 33305

Judge William Dimitrouleas
6100 Broward Blvd.
Fort Lauderdale, Fl 33316

January 15, 2004

Dear Judge Dimitrouleas:

I am writing this letter in regards to the possibility of early termination of my probation .At this time I am more than half way through my probation with no complications to the best of my knowledge. I know in order to accomplish this I will need you to agree to my request for termination of probation.

Below is a list of accomplishments that I have done during my probation.

1) Successfully completed drug and alcohol counseling at spectrum.

2) Maintained full time employment

3) Drug& Alcohol free for three 3 ½ years.

4) Adhered to all the rules and regulations of probation.

The true of matter is Judge Dimitrouleas I would like to move on with my life .I have recently married and found out that my wife, Jessica, is pregnant and I will soon be a Dad. With this comes many new responsibilities in the future, which I believe I'm ready for, but first I need to put closure on the past.

Probation has informed that I would not be able to use my real estate license until I have completed my period of supervised release. This will put significant limitations on my ability to earn income. With a new child I feel I will need to be making more money than I am presently. Bye terminating my supervised release I would be able to return to work using my own real estate license.

Sincerely,

Michael Thomas