UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,         CASE NO. 00-6148-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL JOSEPH THOMAS,

    Defendant.
_____/

### ORDER DEFERRING RULING

THIS CAUSE is before the Court on Defendant's <u>pro se</u> Petition For Early Termination of Supervised Release, the Court defers ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2004.

                                                  WILLIAM P. DIMITROULEAS
                                                United States District Judge

Copies furnished to:

Michael Thomas
1797 N.E. 15th Avenue
Ft. Lauderdale, Florida 33305

Jeffrey Kaplan, AUSA

