UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6148-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL JOSEPH THOMAS,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's <u>pro</u> <u>se</u> Petition For Early Termination of Supervised Release [DE-74] and the Court having received a response from the Government [DE-76], and the Court having considered the factors in 18 USC § 3553, the Petition [DE-74] is Denied.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 7 day of April, 2004.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Michael Thomas
1797 N.E. 15th Avenue
Ft. Lauderdale, Florida 33305

Jeffrey Kaplan, AUSA

