UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL JOSEPH THOMAS,

    Defendant.
_____/

CASE NO. 00-6148-CR-DIMITROULEAS

FILED by _____ D.C.
JUL 2 8 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE is before the Court on a review of the docket. On March 29, 2004, Defendant filed a *pro se* Petition For Early Termination of Supervised Release [DE 74]. On April 7, 2004, this Court denied the request. [DE 77]. However, on March 29, 2004, Defendant also filed a letter requesting early termination [DE 73] that was docketed by the Clerk. The Clerk does not show that DE 73 has been ruled on. Therefore, Defendant's letter requesting early termination [DE 73] is **DENIED**. This Order merely clarifies what the Court ruled on previously on April 8, 2004.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2 day of July 2005.

                                                      WILLIAM P. DIMITROULEAS
                                                      United States District Judge

Copies furnished to:

Michael Joseph Thomas, *pro se*
1797 NE 15th Avenue
Fort Lauderdale, FL 33305

Jeffrey Kaplan, AUSA

